432 A.2d 252

Commonwealth v. Maxwell, Appellant.

Sub-
mitted June 13, 1980.   David Hirsh, for appellant;   Eric B.
Henson, Assistant District Attorney, for Commonwealth,
appellee.

Before BROSKY, HOFFMAN and CIRILLO, JJ.*

Order affirmed.

432 A.2d 252

Commonwealth v. Norwood, a/k/a Bey, Appellant.

Reargument Denied March 17, 1981.

Submitted March 21, 1980.   John M.
Close, for appellant;   Eric B. Henson, Assistant District
Attorney, for Commonwealth, appellee.

Before HESTER, WICKERSHAM and LIPEZ, JJ.

Order affirmed.

* Judge Vincent A. Cirillo of the Court of Common Pleas of Montgom-
ery County, Pennsylvania, is sitting by designation.